UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN PAYTON | CIVIL ACTION |
| VERSUS | NO. 25-1477 |
| SAULET APARTMENTS ET AL. | SECTION "L" (3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 9, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Accordingly;

**IT IS ORDERED** that Plaintiff's federal claims against all defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise jurisdiction over Plaintiff's state law claims and, accordingly, that those clams are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 20th day of October, 2025.

_____
United States District Judge